**IT IS ORDERED as set forth below:**



**Date: October 5, 2020**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

```
              UNITED STATES BANKRUPTCY COURT
               NORTHERN DISTRICT OF GEORGIA
                      ROME DIVISION

IN RE:  MARY M. SPIVEY,           { CHAPTER 13
                                  {
                                  { CASE NO. R20-40435-BEM
         DEBTOR(S)                {
                                  { JUDGE   ELLIS-MONRO
```

### SUPPLEMENTAL ORDER OF CONFIRMATION

The above-style case came on for confirmation hearing on August 12, 2020 and the Trustee having objected to the confirmation of this plan for failure of the Debtor to submit to an employer deduction order, and it appearing that the Debtor and the Chapter 13 Trustee have entered into this Agreement to resolve the Trustee objection, it is

ORDERED that the Debtor shall strictly comply with the requirements of this Chapter 13 Plan.  If during the first twelve (12) months following confirmation, the Debtor fails to

pay each Trustee payment on a timely basis, then the Chapter 13 Trustee may, without further notice, submit a report of non-compliance to the Court, and the case may be dismissed without further hearing.

The Clerk of the Court is directed to serve a copy of this Order on those in the attached distribution list.

End of Document

Order Presented by:

_____/s_____
Sonya Buckley Gordon, Esq.
GA Bar No. 140987
Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, Georgia 30303
 (404) 525-1110
sonyab@atlch13tt.com

Consented to By:

_____/s_____
W. Jeremy Salter, Esq.
Attorney for the Debtor
GA Bar No. 303979
Signed by Sonya Buckley Gordon, Esq.
*with express permission*
P.O. Box 609
Rome, GA 30162
706-295-1300
Fax 706-295-0238
Jeremy@jsalterlaw.com

```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF GEORGIA
                            ROME DIVISION

IN RE:   MARY M. SPIVEY,               { CHAPTER 13
                                       {
                                       { CASE NO. R20-40435-BEM
            DEBTOR(S)                  {
                                       { JUDGE   ELLIS-MONRO


                          DISTRIBUTION LIST


MARY M. SPIVEY
229 WINDING VALLEY DR
ROCKMART, GA 30153-7355

W. JEREMY SALTER
P.O. BOX 609
ROME, GA 30162

MARY IDA TOWNSON, ESQ
285 PEACHTREE CENTER AVE, NE
SUITE 1600
ATLANTA, GA 30303
```